# VERIFIED RETURN OF SERVICE

State of                                County of                                                   Court

Case Number: 2:21-CV-315-JLB

Plaintiff:
**JAMES RODGERS**

vs.

Defendant:
**LJ CLARK CONSTRUCTION, INC., JOHN GOMEZ and ERNESTO GONZALEZ**

For:
Bryan P. Levy
LEVY & LEVY P.A.
1000 Sawgrass Parkway
Sunrise, FL 33323

Received by Affordable Process on the 20th day of April, 2021 at 2:39 pm to be served on **Lj Clark Construction, Inc. C/O Leon J. Clark Registered Agent, 3100 County Road 721 Loop, Moore Haven, FL 33471**.

I, Telina Campos, do hereby affirm that on the **23rd day of April, 2021 at 11:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint, Civil Action Order** with the date and hour of service endorsed thereon by me, to: **Molleetha Gomez** as **Office Manager** for **Lj Clark Construction, Inc. C/O Leon J. Clark Registered Agent**, at the address of: **3100 County Road 721 Loop, Moore Haven, FL 33471**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Telina Campos
Process Server

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2021000462

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

## VERIFIED RETURN OF SERVICE

State of              County of              Court

Case Number: 2:21-CV-315-JLB

Plaintiff:
**JAMES RODGERS**

vs.

Defendant:
**LJ CLARK CONSTRUCTION, INC., JOHN GOMEZ and ERNESTO GONZALEZ**

For:
Bryan P. Levy
LEVY & LEVY P.A.
1000 Sawgrass Parkway
Sunrise, FL 33323

Received by Affordable Process on the 20th day of April, 2021 at 2:49 pm to be served on **John Gomez, 3100 Coubty Road 721 Loop, Moore Haven, FL**.

I, Telina Campos, do hereby affirm that on the **23rd day of April, 2021 at 11:00 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint, Civil Sction Order** with the date and hour of service endorsed thereon by me, to: **Molleetha Gomez** as **Authorized To Accept Service** at the address of: **3100 Coubty Road 721 Loop, Moore Haven, FL**, who stated they are authorized to accept service for **John Gomez**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Telina Campos
Process Server

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2021000463

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# **VERIFIED RETURN OF SERVICE**

**State of**                                    **County of**                                           **Court**

Case Number: 2:21-CV-315-JLB

Plaintiff:
**JAMES RODGERS**

vs.

Defendant:
**LJ CLARK CONSTRUCTION, INC., JOHN GOMEZ and ERNESTO GONZALEZ**

For:
Bryan P. Levy
LEVY & LEVY P.A.
1000 Sawgrass Parkway
Sunrise, FL 33323

Received by Affordable Process on the 20th day of April, 2021 at 2:52 pm to be served on **Ernesto Gonzalez, 3100 County Road 721 Loop, Moorwe Haven, FL 33471.**

I, Telina Campos, do hereby affirm that on the **23rd day of April, 2021 at 11:00 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint, Civil Action Order** with the date and hour of service endorsed thereon by me, to: **Molleetha Gomez as Authorized To Accept** at the address of: **3100 County Road 721 Loop, Moorwe Haven, FL 33471**, who stated they are authorized to accept service for **Ernesto Gonzalez**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Telina Campos
Process Server

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2021000464

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n