UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JAMES RODGERS,

        Plaintiff,

v.                                             Case No. 2:21-cv-00315-JLB-NPM

LJ CLARK CONSTRUCTION, INC.
a Florida Corporation, JOHN GOMEZ,
and ERNESTO GONZALEZ,

        Defendants.
_____/

## DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, LJ CLARK CONSTRUCTION INC., JOHN GOMEZ and ERNESTO GONZALEZ, ("Defendants") by and through the undersigned counsel, respectfully move for an extension of time up to and including July 2, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint, and states the following in support:

    1.    Plaintiff filed the Complaint (Doc. 1) on April 16, 2021. Defendant LJ CLARK CONSTRUCTION, INC. was served on or about April 23, 2021 (Doc. 5), putting the response deadline for said Defendant on May 14, 2021.

2. Defendants moved, unopposed for a first extension of time to respond to the Complaint. (Doc. 6.) The Court granted that motion, setting the response deadline for June 4, 2021. (Doc. 7.)

3. Defendants moved, unopposed for a second extension of time to respond to the Complaint. (Doc. 8) The Court granted that motion, setting the response deadline for June 18, 2021. (Doc. 9.)

4. The Parties are in ongoing discussions relating to the background facts of the matter as well as the possibility of early, amicable resolution. The extensions to date have been used for the parties to exchange documentary evidence relating to the underlying claims to assess viability of resolution. Avoiding the fees associated with responding to the Complaint has helped facilitate the settlement discussions. In order to fully investigate and formulate an appropriate response to the Complaint, and to continue settlement discussions, Defendants respectfully request a brief extension of time, up to and including July 2, 2021, to respond to Plaintiff's Complaint.

5. No party will be prejudiced by the requested extension.

## MEMORANDUM OF LAW

This Court may grant the requested extension of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendants' request for an extension of the deadline is made in good faith and

does not prejudice Plaintiff.  Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early resolution.

WHEREFORE, Defendants respectfully request an extension of time up to and including July 2, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested.

DATED this 17th day of June, 2021.

>
> Respectfully submitted,
>
> Spire Law, LLC
> 2572 W. State Road 426, Suite 2088
> Oviedo, Florida 32765
>
> By: */s/Jesse I. Unruh*
>    Jesse I. Unruh, Esq.
>    Florida Bar No. 93121
>    /s/Whitney M. DuPree
>    Whitney M. DuPree, Esq.
>    Florida Bar No. 110036
>    jesse@spirelawfirm.com
>    whitney@spirelawfirm.com
>    sarah@spirelawfirm.com
>    laura@spirelawfirm.com

                                        Attorney for Defendants | LJ CLARK CONSTRUCTION INC., JOHN GOMEZ and ERNESTO GONZALEZ

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 17th day of June, 2021, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Chad E. Levy, Esq. and David M. Cozad, Esq. at david@levylevylaw.com; chad@levylevylaw.com; assistant@levylevylaw.com at Law Offices of Levy & Levy, P.A.; 1000 Sawgrass Corporate Parkway, Suite 588, Sunrise, FL 33323.

                                        */s/ Jesse I. Unruh*
                                        Attorney