UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES RODGERS,

    Plaintiff,

v.                               Case No:  2:21-cv-315-JLB-NPM

LJ CLARK CONSTRUCTION, INC., a
Florida corporation, JOHN GOMEZ, and
ERNESTO GONZALEZ,

    Defendants.

## ORDER

    Defendants have filed a Notice of Settlement.  (Doc. 18.)  Pursuant to Local Rule 3.09(b), the Clerk is **DIRECTED** to administratively close the file.  Within sixty days of this order or upon the expiration of a later date established by the Court, the parties must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings.  Failure to comply with this order may result in the entry of an order to show cause pursuant to Local Rule 3.10.

    **ORDERED** at Fort Myers, Florida, on August 4, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE